IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES of AMERICA                                         PLAINTIFF/RESPONDENT

V.                              No.  11-20006

MATTHEW S. STEPHENS                                              DEFENDANT/PETITIONER


REPORT AND RECOMMENDATION


Before the undersigned for report and recommendation is the petitioner's Habeas Corpus Petitions, *(ECF No.* 19) filed January 22, 2013, under 28 U.S.C. §2255.  The Government filed its Response, *(ECF No.* 22) on February 6, 2013, and the Petitioner filed his Reply, *(ECF No.* 26) on February 28, 2013. The court entered an Order (ECF No. 28) on April 17, 2013 setting the matter for a Hearing on June 25, 2013.

The Plaintiff filed a Notice of Withdrawal of Motion under 28 U.S.C. § 2255 to Vacate Set Aside or Correct Sentence by a Person in Federal Custody and a Request to Cancel Hearing.

The Request to Cancel the Hearing for June 25, 2013 is **GRANTED**.  The Court further Recommends that the Motion to Vacate (ECF No. 19) be **DENIED** as **MOOT.**


DATED this June 24, 2013.


                                                     */s/ J. Marschewski*
                                                     HONORABLE JAMES R. MARSCHEWSKI
                                                     CHIEF U. S. MAGISTRATE  JUDGE